# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-01991 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED INFORMA PAUPERIS<br><br>(Doc. 2) |

   Plaintiff Roy Lee Jones filed an application to proceed *in forma pauperis* with his complaint for judicial review of a determination of the Social Security Administration on December 14, 2014. (Docs. 1-2). The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court reviewed the application and finds Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a). Thus, Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

   Dated:   **December 17, 2014**          **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1