# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE JONES, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:14-cv-01991- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC <br><br> (Doc. 17) |

On August 24, 2015, the parties filed an amended stipulation to extend time for Plaintiff to file an opening brief, which was due August 22, 2015. (Doc. 17) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED** nunc pro tunc;

2. Plaintiff **SHALL** file his opening brief no later than **September 21, 2015**.

IT IS SO ORDERED.

Dated: **August 26, 2015**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE