# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01991- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A LATE BRIEF NUNC PRO TUNC<br><br>(Doc. 20) |

Plaintiff requests leave to file a late brief in this action, noting that he missed the deadline previously imposed by the Court by one day. (Doc. 20) According to Plaintiff's counsel, the original motion file on which he was working "became corrupt," and he had to wait until the morning 'to have the office IT person fix the file." (Doc. 20 at 2) Defendant has not opposed the request for an extension.

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's request to file a late opening brief is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

　Dated:　**October 6, 2015**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1